# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| YASEIN ALI ABBAS<br><br>        Plaintiff / Petitioner<br><br>                v.<br>PETER D. KEISLER, in his official capacity as Acting Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; RUTH DOROCHOFF, in her official capacity as  District Director of the Bureau of Citizenship and Immigration Services, Department of Homeland Security; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>        Defendants / Respondents | 07CV 6167<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE VALDEZ<br><br>*JH*<br><br>**F I L E D**<br>NOV 0 1 2007<br>*NOV. 1, 2007*<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### Complaint for Naturalization and Other Relief

The Plaintiff is a lawful permanent resident of the United States who applied to be

naturalized as a United States citizen.  His citizenship application has been pending since

May 12, 2005 and he has satisfied all requirements for citizenship.  He seeks immediate

naturalization and other relief.

**Jurisdiction and Venue**

1.      This court has subject matter jurisdiction pursuant to at least the following statutory provisions: 28 U.S.C. § 1331 (because questions of federal law are presented); and 8 U.S.C. § 1447(b) (granting district court jurisdiction to review naturalization applications); and 28 U.S.C. § 1361 (mandamus jurisdiction).

2.      Pursuant to 29 U.S.C. § 1391, venue is proper in this district on either of the following grounds: (1) the Plaintiff resides in this judicial district, the Defendants are officers of the United States or agencies of the United States, and no real property is involved (28 U.S.C. § 1391(e)(3)); or (2) acts or omissions giving rise to this action, that is this application for naturalization was processed in part by the Chicago office of Immigration and Naturalization Services (now the Bureau of Citizenship and Immigration Services) (28 U.S.C. § 1391(e)(2)).

3.      An actual controversy has arisen and now exists between the Plaintiff and Defendants.

**The Parties**

**Plaintiff:**

4.      Plaintiff YASEIN ALI ABBAS is a lawful permanent resident of the United States, who resides in Wheaton, Illinois, which is within this judicial district.

**Defendants:**

5.      Defendant PETER D. KEISLER is being sued in his official capacity as the Acting Attorney General of the United States. He is the sole person authorized by Congress to naturalize persons as citizens of the United States.  8 U.S.C. § 142(a).

6.      Defendant MICHAEL CHERTOFF is being sued in his official capacity as the Secretary of the Department of Homeland Security (DHS). As of February 15, 2005, Mr. Chertoff has been responsible for the administration of the United States Citizenship and Immigration Service, which provides certain immigration related services including naturalization. 8 U.S.C. § 1103.

7.      Defendant RUTH DOROCHOFF is being sued in her official capacity as the District Director of USCIS for the Chicago District. As such, she is charged with the duty of administration and enforcement of all the functions, powers, and duties of USCIS in the Chicago District.

8.      Defendant ROBERT S. MUELLER, III, is the Director of the Federal Bureau of Investigation. As such, he is charged with conducting background checks of applicants for naturalization when requested to do so by the USCIS.

### Facts Common to All Counts

9.      Mr. Abbas was born in Sudan. He is a person of good moral character.

10.      Mr. Abbas has been a lawful permanent resident of the United States since September of 2000. He is identified by USCIS Account Number (Alien number) A 078 770 977.

11.      On or about March 15, 2005, after residing in the United States as a lawful permanent resident for more than 7 years, Mr. Abbas applied to be a naturalized U.S. citizen.

12.      Mr. Abbas received notice to appear for a scheduled naturalization interview on May 12, 2005.

13.    On May 12, 2005, Mr. Abbas attended the citizenship interview.  Mr. Abbas was notified shortly thereafter that he "passed the tests of English and U.S. history and government."  A copy of the notice indicating that Mr. Abbas passed these tests is attached as Exhibit A.

14.    At no time has Mr. Abbas been informed of any deficiencies with his application for naturalization.

15.    Mr. Abbas has personally inquired many times regarding the status of the aforementioned application via mail and telephone.  Copies of two of these inquiries are attached as Exhibit B and Exhibit C.

16.    Mr. Abbas' United States designated representative has also inquired regarding the status of Mr. Abbas' application.  Copies of two of these inquiry responses are attached as Exhibit D and Exhibit E.

17.    At least as of May 12, 2005, Mr. Abbas satisfied all of the requirements for naturalization set forth in 8 U.S.C. § 1427.

18.    Since Mr. Abbas' citizenship exam on May 12, 2005, more than 2 years and 4 months have passed.

19.    The unreasonable delay in naturalizing Mr. Abbas has caused him damage, including at least his disenfranchisement and deprivation of other rights that flow from citizenship.

## Count I: Naturalization Order Pursuant to 8 U.S.C. § 1447(b)

20.    Mr. Abbas reasserts and re-alleges paragraphs 1 to 19 as if set forth fully here.

21.    Pursuant to 8 U.S.C. § 1447(b), Mr. Abbas seeks a determination by this Court

that he meets the requirements for naturalization and is to be naturalized as a U.S. citizen

without further delay.

## Prayer for Relief

Wherefore, Plaintiff Yasein Ali Abbas seeks the following relief:

A.  An order setting an immediate date for naturalization of Mr. Abbas;

B.  The actual naturalization of Mr. Abbas by this Court;

C.  An award of damages in an amount to be determined;

D.  An award of costs, as provided by 28 U.S.C.S. § 2412(a)(1);

E.  An award of reasonable attorneys fees, as provided by 28 U.S.C.S. § 2412(d)(1);

and

F.  Such other relief as the Court deems just.


Filed: November 1, 2007

Bitta Mostofi
Staff Attorney
Council on American-Islamic
Relations, Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
Ph:    312.212.1520
Fax:   312.212.1530

# EXHIBIT

# A

On **5-12-05**, you were interviewed by USCIS officer **Tolbert**

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___✗___ A decision cannot yet be made about your application.   *ONLY BACKGROUND CHECK PENDING*

It is very important that you:

☒ Notify USCIS if you change your address

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

# EXHIBIT

# B

U.S. Department of Homeland Security
USCIS
10 West Jackson Boulevard
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

Tuesday, January 17, 2006

YASEIN MOHAMED AHMED ALIABBAS
1214 E ROOSEVELT RD
APT 2
WHITMAN IL 60187

Dear YASEIN MOHAMED AHMED ALIABBAS:

On 11/16/2005 you, or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 03/15/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ALIABBAS, YAFEIN, MOHAMED AHMED |
| **Your USCIS Account Number (A-number):** | A078770977 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for
decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks
are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make
every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a
decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer
service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify
the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant
status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the
address shown on that form. If you do not have this form, you can download it from our website or you can call the
National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us
with your new address information as soon as your move is complete. If you have already called us and given us
this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT

# C

STATUS INQUIRY FORM

COPY — to Christina

DATE: 05/12/2006

## CORRESPONDENCE DETAILS

Last one I send it

On Behalf of (Applicant):

A Number: 078-770-977

Name: ALI ABBAS    Yasein    . M
      Last         First      Middle

Mailing Address: 1214 E. Roosevelt Rd., Apt. 2
                                          Apt #

City: Wheaton    State: IL    Zip Code: 60187

Daytime Phone Number: 630-871-1743

Country of Birth: Sudan    Date of Birth: 03/01/6

---

☑ Check box if author is same as applicant
  (DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant    ☐ Attorney    ☐ CBO

Name: _____
      Last        First        Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____ State: _____ Zip Code _____

Phone No.: _____

---

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**    Request Type (check all that apply): ☐ Address Change    ☒ General    ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status    ☒ Citizenship

FORM FILED (check boxes below that apply):    DATE APPLICATION FILED: 03/15/2005

☐ I-130    ☐ I-485    ☐ I-751    ☐ I-765    ☐ I-824

☐ N-336    ☒ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: I passed my tests of English and U.S. history and government. However, by that time (05/12/2005) my background check was still pending. Please kindly update on this.

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
    REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Yasein Ali Abbas    Date: 05/12/2006

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03

# EXHIBIT

# D

BARACK OBAMA
ILLINOIS

COMMITTEES:
ENVIRONMENT AND
PUBLIC WORKS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

December 7, 2006

Yasein Ali Abbas
1214 E. Roosevelt #2
Wheaton, Illinois 60187

Dear Mr Abbas:

Thank you for your recent letter to Senator Barack Obama about your pending immigration issue. I handle Immigration/Visa cases for the Senator and he has asked me to respond on his behalf.

I have contacted the U.S. Citizenship and Immigration Service (USCIS) on your behalf to inquire about the status of your case. A representative from USCIS reported back to me today that your case is being held pending name check completion.

The September 11 terrorist attacks have forced USCIS to implement much more stringent background checks, and they often take up to two years to complete. Unfortunately, a final decision on your petition cannot be made until the national security check is completed by the Federal Bureau of Investigations (FBI) and they have contacted USCIS with the results. If you do not hear back from USCIS within three (3) months, please contact me again and I can inquire on your behalf.

I understand the frustration of enduring such long waits. However, I trust that the FBI and USCIS are working as quickly as they can given the security requirements and caseloads that they face. If you have additional information or concerns relative to this matter, please feel free to contact me at 312-886-3506.

Sincerely,

Jenna Pilat
Constituent Services Agent

U.S. Senator Barack Obama
230 S. Dearborn Street  Suite 3900
Chicago, Illinois  60604

**WASHINGTON OFFICE**
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

**CHICAGO OFFICE**
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3506
FAX (312) 886-3514

**SPRINGFIELD OFFICE**
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

**MARION OFFICE**
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

**MOLINE OFFICE**
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233

The Honorable Senator Barack Obama
Office of the United States Senator
230 S. Dearborn, Suite 3900
Chicago, IL 60604
Attn: Jenna Pilat

This is in response to your inquiry dated July 31, 2006. The United States Citizenship
and Immigration Services (USCIS) Chicago District Office is responding to your inquiry
regarding the status of your constituent, Yasein Ali Abbas A78 770 977. Our information
shows that the background investigation conducted by the Federal Bureau of
Investigations (FBI) for your constituent has not yet been completed. We may not
proceed with the adjudication of the application or petition until the FBI completes their
process and our records are updated with the results. It is uncertain the time period it
takes for the results to be electronically submitted to USCIS and updated in our national
records.

Please be assured that every case that is pending a background investigation is checked
weekly for results to keep the adjudication process ongoing and timely. We are allowed
to resubmit names pending over 90 days only if the name does not appear in the FBI
database after 90 days of submission. If requesting an expedite processing of the
background investigation your constituent must provide a written request with an
explanation directed to the District Director for consideration with supporting evidence.
The FBI will only expedite the processing if your constituent is in the military, an "age-
out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our
records. Please be assured that every effort is being made to render a final decision in a
timely manner.

Ruth A. Dorochoff
District Director

# EXHIBIT

# E

BARACK OBAMA
ILLINOIS

COMMITTEES:
HEALTH, EDUCATION, LABOR AND PENSIONS
HOMELAND SECURITY AND
GOVERNMENTAL AFFAIRS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate

WASHINGTON, DC 20510

June 18, 2007

Mr. Yasein Ali Abbas
1214E Roosvelt #2
Wheaton, Illinois 60187

Dear Mr. Abbas:

Thank you for your correspondence requesting an update on your name check process with the Federal Bureau of Investigation (FBI). At this time, USCIS has informed us that no decision can yet be rendered on your petition because the FBI security name check continues to pend. Our office is able to check with USCIS every 90 days to see if they have received a response from the FBI. Please contact me in mid-September 2007 if you would like me to intitiate another inquiry with USCIS.

Since 2002, U.S. Citizenship and Immigration Services (USCIS) has increased the number and scope of relevant background checks, processing millions of security checks within a short timeframe. However, in some cases, constituents have waited a year or longer for the adjudication of their petition due to pending security checks.

While the percentage of applicants who find themselves in this situation is small, Senator Obama is aware that the additional delay and uncertainty can cause great anxiety and inconvenience. He has sponsored legislation to assist in reducing the processing times for immigration applications. The comprehensive immigration reform bill that passed the Senate last year included an amendment sponsored by Senator Obama providing $15 million to the FBI to improve the speed and accuracy of the background and security checks conducted on behalf of USCIS.

Additionally, earlier this year, Senator Obama introduced the Citizenship Promotion Act of 2007 that will further assist legal immigrants on the path to U.S. citizenship by encouraging USCIS to charge fair and reasonable fees and, also, remove other potential bureaucratic hurdles in the naturalization process.

I am told that the FBI and USCIS are working as quickly as they can, and I assure you that Senator Obama is doing everything possible to greater facilitate the process for individuals in your situation. Thank you for your patience and understanding. If you have additional information or concerns relative to this matter, please do not hesitate to contact me at 312-886-3506.

Sincerely,

Jenna Pilat
Constituent Services Agent

WASHINGTON OFFICE
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

CHICAGO OFFICE
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3606
FAX (312) 886-3514

SPRINGFIELD OFFICE
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

MARION OFFICE
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

MOLINE OFFICE
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233

The Honorable Senator Barack Obama
United States Congress
Attn: Jenna Pilat

This is in response to your inquiry dated April 30, 2007. The United States Citizenship
and Immigration Services (USCIS) Chicago District Office is responding to your inquiry
regarding the status of your constituent, Yasein Ali Abbas  A78-770-977. Our
information shows that the background investigation conducted by the Federal Bureau of
Investigations (FBI) for your constituent has not yet been completed. We may not
proceed with the adjudication of the application or petition until the FBI completes their
process and our records are updated with the results. It is uncertain the time period it
takes for the results to be electronically submitted to USCIS and updated in our national
records.

Please be assured that every case that is pending a background investigation is checked
weekly for results to keep the adjudication process ongoing and timely. We are allowed
to resubmit names pending over 90 days only if the name does not appear in the FBI
database after 90 days of submission. If requesting an expedite processing of the
background investigation your constituent must provide a written request with an
explanation directed to the District Director for consideration with supporting evidence.
The FBI will only expedite the processing if your constituent is in the military, an "age-
out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our
records. Please be assured that every effort is being made to render a final decision in a
timely manner.

Robert L. Blackwood
Field Office Director