UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASEIN ALI ABBAS,              )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>     v.                                    )<br>                                              )<br>PETER D. KIESLER, ET AL.,  )<br>                                              )<br>            Defendants.         )<br>                                              )<br>                                              ) | Case No. 07 C 6167<br><br>Judge Kennelly |

### NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, February 13, 2008 at 9:30 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR RESPONSIVE MOTION** at which time and place you may appear, if you see fit.

                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

                                    By: s/ Harpreet K. Chahal
                                         HARPREET K. CHAHAL
                                         Assistant United States Attorney
                                         219 South Dearborn Street
                                         Chicago, Illinois 60604
                                         (312) 353-1996
                                         Harpreet.Chahal@usdoj.gov