# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YASEIN ALI ABBAS,<br><br>  Plaintiff / Petitioner<br><br>  v.<br><br>PETER KEISLER, in his official capacity as Attorney General of the United States;<br>MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security;<br>RUTH DOROCHOFF, in her official capacity as District Director of the Bureau of Citizenship and Immigration Services, Department of Homeland Security;<br>ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>  Defendants / Respondents | CASE NO.:  07 C 6167<br><br>HON.: Judge Kennelly |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Now comes the Plaintiff, YASEIN ALI ABBAS, by and through his attorney, Patricia Kemling and submits Plaintiff's Motion to Dismiss Without Prejudice. The Plaintiff states as follows:

1. This is a petition for writ of mandamus under 28 U.S.C. § 1361 to order immediate adjudication of Plaintiff YASEIN ALI ABBAS' Naturalization Application.

2.    Plaintiff was naturalized on March 10, 2008.

3.    The Plaintiff has received the relief he sought.

WHERFORE, the Plaintiff now requests that the Petition be dismissed without prejudice.

Respectfully submitted,

                                              s/Patricia Kemling_____

Patricia Kemling, Esq.
Council on American-Islamic
Relations, Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
Ph:    312.212.1520
Fax:   312.212.1530