# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YASEIN ALI ABBAS,<br><br>　　　　Plaintiff / Petitioner<br><br>　　　　v.<br><br>PETER KEISLER, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; RUTH DOROCHOFF, in her official capacity as District Director of the Bureau of Citizenship and Immigration Services, Department of Homeland Security; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>　　　　Defendants / Respondents | CASE NO.:  07 C 6167<br><br>HON.: Judge Kennelly |

## NOTICE OF MOTION

To: Counsel of Record

　　PLEASE TAKE NOTICE that on Tuesday, March 18, 2008 at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting

in his place and stead, and then and there present PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE at which time and place you may appear, if you see fit.

Respectfully submitted,

s/<u>Patricia Kemling</u>

Patricia Kemling, Esq.
Council on American-Islamic Relations, Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
Ph:　312.212.1520
Fax:　312.212.1530